# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:16-CV-00200-FDW-DSC

| | |
|---|---|
| PROVIDENCE REAL ESTATE VENTURE, LLC, <br><br> Plaintiff <br><br> vs. <br><br> GREAT CIRCLE CAPITAL, LLC; GCH2; CHRISTOPHER NEEDHAM; KEYSTONE, LLC; GEORGE W. COURLAS; JAMES M. THORBURN; THE ORENDORF FAMILY TRUST; GEORGE E. SANSOUCY TRUST; CRAYNE PROPERTIES; RICHARD EDEN, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* upon review of the order by the United States Bankruptcy Court, "Order Recommending Withdrawal of the Reference." (Doc. No. 1, Case No. 3:16-cv-00592).[1] This Court, having examined the order, ADOPTS and APPROVES the findings and recommendations set forth therein.

Consequently, this Court:

WITHDRAWS the reference of the adversary proceeding for the limited purpose of ordering a global mediation between the parties to this case and the adversary proceeding;

DIRECTS a global mediation between the Parties, the GCC Debtors, and Fannie Mae, which shall be completed within 60 days of the date of this order, and a joint status report be submitted to this Court **no later than September 30, 2016**;

---

[1] Related Bankruptcy Court case number 16-3271 (Doc. No. 46), "[w]hile this adversary proceeding is associated with case no. 15-31901, it involves four related debtors: GCC-Chase, LLC, case no. 15-31901; GCC-Courtyard, LLC, case no. 15-31902; GCC-Landings, LLC, case no. 15-31903; and GCC-Sharon Ridge, LLC, case no. 15-31904. (Hereinafter "GCC Debtors").

1

STAYS all matters pending in the adversary proceeding and this case pending the conclusion of the global mediation;

DENIES WITHOUT PREJUDICE Defendants' "Motion to Dismiss" (Doc. Nos. 16, 17, 19, 20, 21, 22, 23); DISMISSES AS MOOT Plaintiff's "Response to Motion to Dismiss," (Doc. No. 26), and Defendants' "Reply to Response," (Doc. No. 27);

DENIES Plaintiff's Motion to Stay Proceedings," (Doc. Nos. 24, 25); and DISMISSES AS MOOT Defendant's "Response", (Doc. No. 32);

DENIES AS MOOT Defendants' "Motion for Extension of Time," (Doc. No. 28); and VACATES the magistrate judge's "Order granting Motion for Extension of Time," (Doc. No. 29).

The Clerk of the Court is directed to transmit this order to the Clerk of the Bankruptcy Court.

SO ORDERED.

Signed: August 2, 2016

Frank D. Whitney
Chief United States District Judge