**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00200-FDW-DSC**

| | |
|---|---|
| **PROVIDENCE REAL ESTATE VENTURE, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**GREAT CIRCLE CAPITAL, LLC, et al.,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On August 2, 2016, the Court directed the parties to conduct a global mediation, stayed all matters pending the conclusion of mediation, and ordered that a joint status report be submitted no later than September 30, 2016. The parties timely filed their joint status report (Doc. No. 36) wherein the parties informed the Court that global mediation was complete and that a settlement of all issues was reached. The parties further advised that the agreement requires dismissal of the case upon approval of the Bankruptcy Court, which the parties intended to seek at a hearing on October 12, 2016. No stipulation of dismissal has been filed.

In the interests of time and efficiency, the parties are ORDERED to file a stipulation of dismissal or a joint status report explaining the delay no later than **December 1, 2016**.

IT IS SO ORDERED.   Signed: November 17, 2016

Frank D. Whitney
Chief United States District Judge